Irve J. Goldman (IG8058)
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2213
Facsimile: (203) 576-8888

Attorneys for Defendant, Cellmark Paper, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
In re:                                    :   Chapter 11
                                          :
AMES DEPARTMENT STORES, INC., et al.,     :   Case No. 01-42217 (REG)
                                          :
              Debtor.                     :
------------------------------------------x
                                          :
AMES MERCHANDISING CORPORATION,           :
                                          :   Adv. Pro. No.: 03-06261 (REG)
                                          :
              Plaintiff                   :
v.                                        :
                                          :
CELLMARK PAPER, INC.,                     :
                                          :
              Defendant.                  :
------------------------------------------x

## NOTICE OF APPEAL

Cellmark Paper, Inc. ("Cellmark") appeals under 28 U.S.C. § 158(a) from the judgment of the bankruptcy judge against Cellmark for the amount of $1,915,486.98, entered in this adversary proceeding on April 8, 2011, as well as from all interlocutory

rulings and orders rendering in this adversary proceeding and believed to be adverse to Cellmark, including the following: (1) Order denying Motion In Limine and Motion for Sanctions, entered May 1, 2009; and (2) Order denying in part Motion to Strike or in Limine, entered on the record of the trial on this adversary proceeding on July 29, 2009.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. Attorneys for Plaintiff, Ames Merchandising Corp.:

   Bijan Amini, Esq.
   Avery Samet, Esq.
   Storch Amini Munves P.C.
   140 E. 45th Street, 25th Floor
   New York, NY  10017
   (212) 490-4100

2. Attorneys for Defendant, Cellmark Paper, Inc.:

   Irve J. Goldman, Esq.
   Jessica Grossarth, Esq.
   Pullman & Comley, LLC
   850 Main Street, 8th Floor
   Bridgeport, CT  06604
   (203) 330-2000

Dated:   Bridgeport, Connecticut
April 22, 2011

                       Pullman & Comley, LLC
                       Attorneys for Cellmark Paper, Inc.

                       By:   /s/ Irve J. Goldman
                              Irve J. Goldman, Esq. (ct 02404)
                              Pullman & Comley, LLC
                              850 Main Street
                              P.O. Box 7006
                              Bridgeport, CT  06601-7006
                              (203) 330-2213 – (Fax:  203-576-8888)
                              igoldman@pullcom.com

ACTIVE/69285.1/IJG/2439780v1