UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE AMES DEPARTMENT STORES, INC.,
ET AL.,

                Debtors.

CELLMARK PAPER, INC.,
                Appellant,

11 **CIVIL** 4289 (JGK)

-against-

**JUDGMENT**

AMES MERCHANDISING CORPORATION,
                Appellee.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/12

Appellant having appealed from a judgment of the United States Bankruptcy Court for the Southern District of New York (Gerber, J.), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on February 28, 2012, having rendered its Opinion and Order affirming the judgment of the Bankruptcy Court, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2012, the judgment of the Bankruptcy Court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          February 29, 2012

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            **BY:**

                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____